BETTY LANSKY, as Guardian ad Litem of MILTON LANSKY, et al., Appellants, *v.* ROBERT SEELEY et al., Respondents.

Submitted February 28, 1949; decided April 14, 1949.

*David P. Siegel* for motion.

*Thomas H. Clearwater* and *William F. Martin* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.